JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Tzu Ling Hsu; and Li Hsiu Chu Hsu**, | Case No. CV 16-00505 AG (KSx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| **MTC Financial, Inc.; PennyMac Holdings, LLC; and PennyMac Loan Services, LLC**, | |
| Defendants. | |

The Court enters judgment for Defendants and against Plaintiffs.

Dated February 27, 2017

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT